UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                          Case No. 26-30047
                                           Originating No. 25mj1093

**MALIQUE DONTE WRIGHT,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MALIQUE DONTE WRIGHT,** to answer to charges pending in another federal district, and states:

    1. On **January 28, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Indiana based on a Complaint**. Defendant is charged in that district with violations of **18 USC Section 751(a) – Prisoners in custody of institution or officer.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                                          Respectfully submitted,

                                                          JEROME F. GORGON, JR.
                                                          United States Attorney

                                                          *s/Regina McCullough*
                                                          REGINA MCCULLOUGH
                                                          Assistant U.S. Attorney
                                                          211 W. Fort Street, Suite 2001
                                                          Detroit, MI 48226
                                                          (313) 226-9100

Dated: January 28, 2026